| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Erik M. Pritchard, SBN 244622<br>Troutman Sanders LLP<br>5 Park Plaza, Suite 1400<br>Irvine, CA 92614<br>Tel 949-622-2700<br>Fax 949-622-2739<br>erik.pritchard@troutmansanders.com<br><br>☒ *Attorney for* Defendant Federal Insurance Company | FILED<br>APR - 1 2010<br>CLERK, U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>FREMONT GENERAL CORPORATION<br><br>Debtor(s),<br>FREMONT GENERAL CORPORATION, Debtor-in-Possession, and FREMONT REORGANIZING CORPORATION (f/k/a FREMONT INVESTMENT & LOAN),<br><br>Plaintiff(s),<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendant(s). | CHAPTER 11<br><br>CASE NUMBER 8:08-bk-13421-ES<br>Adv. Proc. Case No. 8-08-ap-01418-ES<br><br>☒ ADVERSARY NUMBER (if applicable)<br>☐ See attached list for multiple cases that require an update to the attorneys information |

## NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, Erik M. Pritchard_____  244622_____  erik.pritchard@troutmansanders.com_____
       Name                                 Bar ID Number                E-Mail Address

☒ am **counsel of record** or
   ☐ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*
FEDERAL INSURANCE COMPANY_____

---

☐ am **counsel of record** or
   ☐ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

### PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

   Attorney Name changed to _____
   New Firm/Government Agency Name _____
   New Address _____
   New Telephone Number _____ New Facsimile Number _____
   New E-Mail Address _____

---

(September 2009)  Notice of Change of Address or Law Firm  
American LegalNet, Inc.
www.FormsWorkFlow.com

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
    ☐ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

☒ **TO BE TERMINATED FROM THE CASE:**\*\*
    ☒ I am, or
    ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note:** Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
    ☐ The order relieving me/the aforementioned attorney from my firm was entered on: _____
    ☒ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
    ☐ I am, or
    ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.

Dated: March 31, 2010

                                          Signature of Present Attorney
                                          Erik M. Pritchard

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

Notice of Change of Address or Law Firm
(September 2009)
American LegalNet, Inc.
www.FormsWorkFlow.com

| In re:<br>Fremont General Corporation | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 8-08-ap-01418-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5 Park Plaza, Suite 1400, Irvine, CA 92614

A true and correct copy of the foregoing document described as _____
**NOTICE OF CHANGE OF ADDRESS OR LAW FIRM** _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On April 1, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 1, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Erithe Smith
USBC-Central District of California
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/1/10 | Felisa H. Lybarger | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

American LegalNet, Inc.
www.FormsWorkflow.com

Case 8:08-ap-01418-ES    Doc 116    Filed 04/01/10    Entered 04/08/10 15:01:56    Desc
Main Document    Page 4 of 4

| In re:<br>Fremont General Corporation<br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 8-08-ap-01418-ES |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

*BY U. S. MAIL*

Fremont General Corporation
175 N. Riverview Drive
Anaheim Hills, CA 92808
Attention: General Counsel

Kristen N. Beall, Esq.
Patton Boggs LLP
2000 McKinney Ave., Suite 1700
Dallas, TX 75201-1954

United States Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701-4593

David M. Poitras, Esq.
Jeffer Mangels et al LLP
1900 Ave Of The Stars 7FL
Los Angeles, CA 90067-4308

John W. Schryber
Patton Boggs, LLP
2550 M Street NW
Washington, DC 20037

Whitman L. Holt, Esq.
Stutman Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

American LegalNet, Inc.
www.FormsWorkflow.com