1  Jeremy A. Rhyne, Bar No. 217378
   jeremy.rhyne@troutmansanders.com
2  TROUTMAN SANDERS LLP
   5 Park Plaza, Suite 1400
3  Irvine, CA 92614-2545
   Telephone:  949.622.2700
4  Facsimile:   949.622.2739

5  Wallace A. Christensen (admitted *pro hac vice*)
   wallace.christensen@troutmansanders.com
6  TROUTMAN SANDERS LLP
   401 9th Street, N.W., Suite 1000
7  Washington, D.C. 20004-2134
   Telephone: (202) 274-2950
8  Facsimile:   (202) 274-2994

9  Attorneys for Defendant
   FEDERAL INSURANCE COMPANY
10

FILED
APR - 1 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

11                UNITED STATES BANKRUPTCY COURT
12                 CENTRAL DISTRICT OF CALIFORNIA
13                      SANTA ANA DIVISION

| 14 | In re | CASE NO. 8:08-bk-13421-ES |
| 15 | FREMONT GENERAL CORPORATION, | Adv. Proc. 8-08-ap-01418-ES |
| 16 | Debtor, | Chapter 11 |
| 17 | | **NOTICE OF APPEARANCE OF COUNSEL** |
| 18 | FREMONT GENERAL CORPORATION, Debtor-in-Possession, and FREMONT REORGANIZING CORPORATION (f/k/a FREMONT INVESTMENT & LOAN), | |
| 20 | Plaintiffs, | |
| 21 | FEDERAL INSURANCE COMPANY, | |
| 22 | Defendant. | |

1035627v1

NOTICE OF APPEARANCE OF COUNSEL

1   TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2

3       PLEASE TAKE NOTICE that Jeremy A. Rhyne of the law firm of Troutman Sanders

4   LLP hereby enters his appearance as counsel of record for defendant Fremont Federal Insurance

5   Company.

6

7   Dated: March 31, 2010                TROUTMAN SANDERS LLP

8

9                                               By: _____

10                                                Jeremy A. Rhyne
                                              Wallace A. Christensen

11                                              *Attorneys for Federal Insurance Company*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1035627v1                                              - 1 -
NOTICE OF APPEARANCE OF COUNSEL

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

| In re: | CHAPTER: 11 |
|---|---|
| Fremont General Corporation | |
| Debtor(s). | CASE NUMBER: 8-08-ap-01418-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5 Park Plaza, Suite 1400, Irvine, CA 92614

A true and correct copy of the foregoing document described as _____
**NOTICE OF APPEARANCE OF COUNSEL**_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On April 1, 2010 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 1, 2010 _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Erithe Smith
USBC-Central District of California
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/1/10 | Felisa H. Lybarger | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

American LegalNet, Inc.
www.FormsWorkflow.com

| In re:<br>Fremont General Corporation | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 8-08-ap-01418-ES |

**ADDITIONAL SERVICE INFORMATION (if needed):**

*BY U. S. MAIL*

Fremont General Corporation
175 N. Riverview Drive
Anaheim Hills, CA 92808
Attention: General Counsel

Kristen N. Beall, Esq.
Patton Boggs LLP
2000 McKinney Ave., Suite 1700
Dallas, TX 75201-1954

United States Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701-4593

David M. Poitras, Esq.
Jeffer Mangels et al LLP
1900 Ave Of The Stars 7FL
Los Angeles, CA 90067-4308

John W. Schryber
Patton Boggs, LLP
2550 M Street NW
Washington, DC 20037

Whitman L. Holt, Esq.
Stutman Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

American LegalNet, Inc.
www.FormsWorkflow.com